UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICHARD WILLMAN GODINEZ HERNANDEZ,

Petitioner,

v. Case No.: 2:26-cv-02734-SPC-NPM

DAVID HARDIN *et al.*,

Respondent,
_________________________________/

**OPINION AND ORDER**

Before the Court are Richard Willman Godinez Hernandez's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 3).

Godinez Hernandez, a noncitizen in immigration detention, sought habeas relief from this Court in *Godinez Hernandez v. Ripa*, M.D. Fla. Case No. 2:26-cv-649-SPC-DNF. He claimed the government unlawfully detained him under 8 U.S.C. § 1225(b)(2), which mandates detention, rather than § 1226(a), which authorizes discretionary detention and entitles detainees to a bond hearing. The Court agreed and ordered the respondents to either bring Godinez Hernandez before an immigration judge for a bond hearing or release him from custody.

On April 1, 2026, an immigration judge found that Godinez Hernandez failed to prove he was not a flight risk and denied release on bond. A few

months later, Godinez Hernandez filed a second habeas petition in *Godinez Hernandez v. Ripa*, M.D. Fla. 2:26-cv-2247-SPC-KRH. The Court ordered a second bond hearing in which the government must bear the burden of proof. The second bond hearing occurred on August 20, 2026. In a thorough and reasoned opinion, the immigration judge found that DHS established that Godinez Hernandez is a flight risk. Godinez Hernandez argues the immigration judge failed to properly consider and weigh the evidence and reached an incorrect conclusion. But the proper way to challenge the result of a bond hearing is appeal to the BIA. This Court does not have jurisdiction to review an immigration judge's discretionary bond decision:

> The Attorney General's discretionary judgment regarding the application of this section shall not be subject to review. No court may set aside any action or decision by the Attorney General under this section regarding the detention of any alien or the revocation or denial of bond or parole.

8 U.S.C. § 1226(e). Accordingly, Godinez Hernandez's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on October 21, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties or Record